# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

      **v.**                **CASE NO.**  26-cr-10109-01-JWB

BRYAN L. GREEN,

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION WITH THE INTENT
TO DISTRIBUTE METHAMPHETAMINE
[21 U.S.C. § 841]**

On or about June 18, 2026, in the District of Kansas, the defendant,

**BRYAN L. GREEN,**

unlawfully, knowingly, and intentionally possessed with the intent to distribute a mixture

and substance containing a detectable amount of Methamphetamine, a controlled

substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

A TRUE BILL.


July 14, 2026                              s/Foreperson
DATE                              FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Christin D. Smith*
Christin D. Smith
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: Christin.Smith@usdoj.gov
Ks. S. Ct. No. 30357


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Count 1: 21  U.S.C. § 841(a)(1) and (b)(1)(C)**
**[Possession with the Intent to Distribute Methamphetamine]**

- Punishable by a term of imprisonment of not more than twenty (20) years. 21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years. 21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million. 21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.