IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　　)　　　Case No.　26-cr-10109-01-JWB
　　　　　　　　　　　　　　　　　　　　)
BRYAN L. GREEN　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　　)

**UNITED STATES' NOTICE TO THE COURT**

Comes now the United States of America, by and through its attorney,

Christin D. Smith　　　　　　　, Assistant United States Attorney for the District of

Kansas, and hereby gives notice to the Court that to the best of its knowledge the

investigation and/or prosecution of this action:

☐　Involved the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present; or

☑　Did not involve the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney


By: /s/ Christin D. Smith
CHRISTIN D. SMITH, #30357
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas　67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: christin.smith@usdoj.gov